# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Ana Montemayor,

    Plaintiff

v.

99 Cents Only Stores, LLC,

    Defendant

Case No.: 2:23-cv-02048-JAD-MDC

**Order Staying and Administratively Closing Case**

[ECF No. 17]

    In April 2024, defendant 99 Cents Only Stores, LLC, filed a notice that it has filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Delaware.[1] The filing of a petition for relief under the Bankruptcy Code commences a bankruptcy case and creates a bankruptcy estate that "is protected by an automatic stay of actions by all entities to collect or recover on claims."[2] "The automatic stay is self-executing, effective upon the filing of the bankruptcy petition."[3] "The scope of the stay is quite broad."[4] "It applies to almost any type of formal or informal action against the debtor or property of the estate."[5] "The automatic stay is an injunction issuing from the authority of the bankruptcy court, and bankruptcy court orders are not subject to collateral attack in other courts."[6] "That is so not only because of the 'comprehensive jurisdiction' vested in the bankruptcy courts, but also because 'persons subject to an injunctive order issued by a court with jurisdiction are expected to obey that decree until it

---

[1] ECF No. 17.

[2] *Burton v. Infinity Cap. Mgmt.*, 862 F.3d 740, 746 (9th Cir. 2017) (citing 11 U.S.C. § 362(a)).

[3] *Id.* (quotation omitted).

[4] *Id.* (brackets and quotation omitted).

[5] *Id.* at 746–47 (quotation omitted).

[6] *In re Gruntz*, 202 F.3d 1074, 1082 (9th Cir. 2000).

is modified or reversed, even if they have proper grounds to object to the order.'"[7] The automatic stay of judicial actions against the bankrupt party expires at "the earliest of" the time that the bankruptcy "case is closed . . . or dismissed" or, in cases under chapters 9, 11, 12, or 13 of the Bankruptcy Code, "the time [that] a discharge is granted or denied."[8]

## Conclusion

Accordingly, IT IS THEREFORE ORDERED that **this case is automatically STAYED due to 99 Cents Only Stores, LLC's bankruptcy proceedings. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.**

_____
U.S. District Judge Jennifer A. Dorsey
July 25, 2024

---

[7] *Id.* (quoting *Celotex Corp. v. Edwards*, 514 U.S. 300, 306, 313 (1995)).
[8] 11 U.S.C. § 362(c)(2)(A)–(C).

2