**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ana Montemayor,

                Plaintiff(s),

vs.

99 Cents Only Stores, LLC,

                Defendant(s).

**2:23-cv-02048-JAD-MDC**

**ORDER GRANTING STIPULATION**

Pending before the Court is a *Motion to Withdraw as Attorney* (ECF No. 19) filed by defendant's counsel, Lew Brandon, Esq. and Ryan Venci, Esq. For good cause shown and because the Motion is unopposed, the Court GRANTS the *Motion to Withdraw* (ECF No. 19).

Defendant is a corporate entity. Therefore, the Court warns defendant that in federal courts, corporate entities may only appear through licensed counsel. *United States v. High Country Broad. Co*, 3 F.3d 1244, 1245 (9th Cir. 1993). Failure to timely file a *Notice of Appearance of Counsel* once the bankruptcy stay is lifted or this matter reopened may result in a recommendation for terminating sanctions against the defendant, or any other sanction the Court deems necessary.

The Court directs counsel for defendant to serve a copy of the order to Meta Advisors, LLC via certified mail and subsequently file a Certificate of Service confirming compliance.

//

//

//

//

//

//

//

//

ACCORDINGLY,

**IT IS ORDERED that:**

1. *Motion to Withdraw as Attorney* (ECF No. 19) is **GRANTED**.

2. The Clerk of Court is kindly directed to remove Lew Brandon, Esq. and Ryan Venci. Esq. as counsel of record for defendant 99 Cents Only Stores, LLC.

3. The Court also directs counsel for defendant to serve a copy of the order to Meta Advisors, LLC via certified mail and subsequently file a Certificate of Service confirming compliance.

DATED May 20, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge